SAENZ, APPELLEE, *v.* INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLANTS.

[Cite as *Saenz v. Indus. Comm.* (1993), 68 Ohio St.3d 108.]

(No. 92–1755—Submitted November 10, 1993—Decided December 29, 1993.)

*Gallon & Takacs Co., L.P.A.,* and *Theodore A. Bowman,* for appellee.

*Lee I. Fisher*, Attorney General, *Diane J. Karpinski* and *Cash Mischka*, Assistant Attorneys General, for appellants.

---

The judgment of the court of appeals is affirmed on authority of *State ex rel. Brown v. Indus. Comm.* (1993), 68 Ohio St.3d 45, 623 N.E.2d 55.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

WRIGHT, J., dissents for the reasons stated in his dissent in *State ex rel. Brown v. Indus. Comm.* (1993), 68 Ohio St.3d 45, 50, 623 N.E.2d 55, 59.